■ RENATE H. RANNINGER, Appellant, v PAUL PEVSNER, Respondent. [759 NYS2d 661] —Order, Supreme Court, New York County (Diane Lebedeff, J.), entered February 19, 2003, which, to the extent appealed from, denied plaintiff's motion for partial summary judgment directing partition and immediate sale of the subject property, unanimously affirmed, without costs.

The IAS court's denial of plaintiff's application for partition and immediate sale of the subject property was proper. Partition would be inappropriate in advance of a determination as to whether it would cause the owners "great prejudice" (*see* RPAPL 901; *Grossman v Baker*, 182 AD2d 1119 [1992]), and prior to an accounting to determine the parties' respective interests in the property (*see McVicker v Sarma*, 163 AD2d 721, 722 [1990]; *also see* 24 NY Jur 2d, Cotenancy and Partition § 244, at 544).

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Andrias, J.P., Saxe, Ellerin, Lerner and Friedman, JJ.